Robert E. Bennett and Chester E. Bennett, complainants-appellants,

*v.*

Fidelity Union Trust Company, trustee under the last will and testament of William H. Bennett, deceased, et al., defendants-respondents.

[Argued February 8th, 1937. Decided April 30th, 1937.]

*Messrs. Berman & Freund (Mr. Israel B. Greene,* of counsel), for the appellants.

*Messrs. Hood, Lafferty & Campbell (Mr. Richard C. Plumer,* of counsel), for the respondent Fidelity Union Trust Company.

*Mr. J. Albert Homan (Mr. Ewald J. J. Smith,* of counsel), for the respondent Edward L. Whelan, guardian *ad litem* for infant defendant, Robert E. Bennett, Jr.

*Mr. Harold Sokobin,* for the respondents Ida Melisse Bennett, William R. Bennett, Ida Irene Bennett, Dorothy Josephine Bennett and Chester Earl Bennett.

Per Curiam.

We have carefully examined the record in this cause and are satisfied that the learned vice-chancellor reached a right result.

Decree is affirmed, with costs.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Cole, JJ. 15.

*For reversal*—None.